[Crim. No. 1972. First Appellate District, Division One.—September 14, 1937.]

In the Matter of the Application of CARL LANDOWITZ for a Writ of Habeas Corpus.

Edward B. Dienstag and I. M. Peckham for Petitioner.

Matthew Brady, District Attorney, and William J. Connolly, Assistant District Attorney, for Respondent.

Walter McGovern, *Amicus Curiae* on Behalf of Respondent.

THE COURT.— The questions presented in the above matter are essentially the same as those decided in *In re Kazas,* an application for a writ of *habeas corpus, ante,* p. 161 [70 Pac. (2d) 962]; and on the authority thereof the petitioner is discharged.